UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JUDITH B. REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:05-CV-498 |
| | ) | (VARLAN/SHIRLEY) |
| TENNESSEE STATE BANKSHARES, INC., | ) | |
| and TENNESSEE STATE BANK, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

This civil action is before the Court on plaintiff's Motion for Continuance [Doc. 17], in which plaintiff's counsel requests a 30-day extension of the discovery deadlines in this case and that the deadline for the filing of dispositive motions be set fifteen (15) days after the date for completion of discovery. In support of this motion, plaintiff's counsel states that she will not be available to attend depositions of defendant Tennessee State Bank's President and Chief Financial Officer currently scheduled for July 26 and 27, 2007 on account of a hearing she must attend before the Sixth Circuit Court of Appeals on July 27, 2007. [Doc. 17 at 1.] Plaintiff's counsel also argues that defendants would not be adversely impacted by her requested continuance. [*Id.* at 2.]

Defendants have responded in opposition to the pending motion [Doc. 23], arguing that plaintiff's counsel has neither demonstrated that there is good cause for her requested continuance, nor has she presented any reason as to why she cannot adhere to the present scheduling order. Defendants also contend that granting the pending continuance would

result in prejudice to them by effectively allowing plaintiff's counsel to "'[lie] in wait' until the date the Defendants were required to comply with the current deadlines existing in this case" before filing her motion to continue. [Doc. 23 at 5.]

While defendants' arguments are well-taken, the Court will nevertheless **GRANT** plaintiff's motion to continue [Doc. 17]. Accordingly, the disclosure of expert testimony must be completed by August 2, 2007, discovery must be completed by August 31, 2007, and all dispositive motions must be filed by September 17, 2007.

IT IS SO ORDERED.

    s/ Thomas A. Varlan
    UNITED STATES DISTRICT JUDGE