UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JUDITH B. REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-498 |
| ) | (VARLAN/SHIRLEY) |
| TENNESSEE STATE BANCSHARES, ) | |
| INC., and TENNESSEE STATE BANK, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This civil action is before the Court pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 44] of the Honorable Thomas A. Varlan, United States District Judge, for disposition of Defendants' Motion to Compel and Hold in Contempt [Doc. 42] and Plaintiff's Motion to Continue and to Extend Discovery Deadlines [Doc. 43]. On September 14, 2007, the parties came before the Court for a hearing on the instant motions. Angela Morelock and James Varner, Jr. were present on behalf of Plaintiff and C. Eric Stevens was present on behalf of Defendants.

Initially, the parties indicated that Defendants' motion to compel [Doc. 42] had been resolved. Accordingly, Defendants' motion [Doc. 42] is hereby **DENIED as moot**.

The parties then related to the Court the extensive discovery disputes and difficulties that have arisen in this case. Plaintiff's counsel indicated that all issues with discovery could be resolved by allowing Plaintiff to depose Ms. Jennifer Reinhard and by allowing Plaintiff to conduct some additional, limited document discovery. The parties agreed that this limited discovery could

be conducted in the next few weeks and should not impact the trial presently set for October 30, 2007.

Accordingly, Plaintiff's motion [Doc. 43] is hereby **DENIED** to the extent that Plaintiff seeks to continue the trial date, and **GRANTED** to the extent that she seeks a limited extension of the discovery deadlines in this case. Specifically, Plaintiff shall have until and including **October 5, 2007**, to depose Ms. Reinhard in this matter. Additionally, Plaintiff has leave to make a written discovery request limited to documents previously referenced in the depositions of Mr. J. Scott Gibson and Ms. Tammie Sutton, said documents having been more fully described by the Court during the September 14, 2007, hearing.

**IT IS SO ORDERED.**

                                       **ENTER:**

                                         s/ C. Clifford Shirley, Jr.
                                       United States Magistrate Judge